Form defntc

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Louis G. Pelletier<br>aka Louis Pelletier, aka Lou Pelletier, aka<br>Lewis George Pelletier, aka Lewis G.<br>Pelletier, aka Lou G. Pelletier<br>31 Birch Hill Drive<br>West Hartford, CT 06107 | Linda D. Pelletier<br>aka Linda Telletier<br>31 Birch Hill Drive<br>West Hartford, CT 06107 |

Case No:. 14−20632

## DEFICIENCY NOTICE AND NOTICE OF HEARING
## TO CONSIDER DISMISSAL

The above referenced case was commenced on 4/1/14 (hereafter, the "Petition Date") with the Petition Date Deficiencies below.

## PETITION DATE DEFICIENCIES

(Required to be filed on Petition Date but not filed or filed incorrectly as indicated by check mark)

☐ *Voluntary Petition

☐ *Statement of Social Security Number, Official Form B21

☐ *Exhibit D

## ADDITIONAL DOCUMENTS NOT FILED TO DATE BUT REQUIRED TO BE
## FILED WITHIN FOURTEEN DAYS OF PETITION DATE

(Not filed to date or filed incorrectly as indicated by check mark)

NOTICE is hereby given, and that the additional documents listed hereafter, and not filed to date, must be filed with the Court within 14 days of the Petition Date, as required by §521, 1321, and Bankruptcy Rules 1007, 3015, inter alia

☑ *Schedules A–J

☑ *Summary of Schedules

☑ *Statistical Summary of Certain Liabilities and Related Data

☑ *Official Form B7 Statement of Debtors Financial Affairs

☑ *2016B Statement – Disclosure of Compensation of Attorney For Debtor

☐ Credit Counseling Certificate (See 11 U.S.C. §521 (b)(1)), Motion for Determination of Exigent Circumstances (See §109(h)(3)), or Motion for Exemption from Credit Counseling (See § 109(h)(4)),. See Bankruptcy Rules 1007(b) and (c).

☑ *Means Test (Chapter 7 only) Official Form B22, Statement of Current Monthly Income and Means Test Calculation

☐ *Means Test (Chapter 11 only) Official Form B22B Statement of Current Monthly Income Means Test Calculation

☐ *Means Test (Chapter 13 only) Official Form B22C Statement of Current Monthly Income and Disposible Income Means Test Calculation

☐ *Bankruptcy Petition Prep Form 19

☐ Other

Documents not filed to date but required to be filed within thirty days of Petition Date (not filed to date or filed incorrectly as indicated by checkmark)

☑ *Statement of Intent (Chapter 7)

**OUTDATED FORMS USED**

☐ Form(s) submitted is/are outdated. The correct form(s) is dated

**Notice is further given** that the failure to file the above Listed Additional Documents within the specified time frame of the Petition Date may result in the dismissal of your case, including, inter alia, a dismissal following the hearing scheduled below, and/or an automatic dismissal pursuant to §521(i)(1) effective on the forty−sixth day following the Petition Date. The §521(i)(1) automatic dismissal is subject to the debtor's right under §521(i)(3) to request no later than forty−five days following the Petition Date an extension of time upon justification, which extension may not exceed an additional forty−five days. If your forms are outdated, please resubmit on the current version of the form.

**HEARING TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED**

Please take NOTICE that a hearing will be held on **5/15/14 at 10:00 AM, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103,** at which time the Debtor shall have opportunity to appear and show cause as to why the case should not be dismissed, or other prejudice imposed for (i) the Petition Date Deficiencies as indicated above, if any, (ii) the failure to timely file any additional Document(s) required to be filed within fourteen days of the petition date, or as otherwise required by the Bankruptcy Code and/or Rules or (iii) failure to file current version of forms, as otherwise required by the Bankruptcy Code and/or Rules.

*Indicates the form is available on our website www.ctb.uscourts.gov

Dated: 4/1/14

Gary M. Gfeller, Clerk