# ANTHONY S. NOVAK, ESQ.
### CHAPTER 7 BANKRUPTCY TRUSTEE
280 Adams Street
Manchester, CT 06042-1975
Telephone (860) 432-7710
Facsimile (860) 432-7724

April 28, 2014

U.S. Bankruptcy Court
450 Main Street
Hartford, CT  06103
Attn: Case Administrator

      **Re:**    **Louis and Linda Pelletier**
              **Chapter 7/Case No. 14-20632**

Dear Case Administrator:

      In regard to the above-captioned Estate, it appears that there will be funds available for creditors.  Therefore, would the Court kindly send out a notice for filing of claims in said matter.

      Very truly yours,

      /s/ *Anthony S. Novak*
      Anthony S. Novak
      Chapter 7 Trustee