```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF CONNECTICUT

IN RE                              :
                                   :     CHAPTER 7
LOUIS AND LINDA PELLETIER          :     CASE NO. 14-20632(asd)
                                   :
DEBTOR                             :     May 2, 2014
```

### TRUSTEE'S OBJECTION TO DEBTOR-WIFE'S SCHEDULE C AS TO PERSONAL INJURY LAWSUIT

TO THE HONORABLE ALBERT S. DABROWSKI, U.S. BANKRUPTCY JUDGE:

Anthony S. Novak, Chapter 7 Trustee in the above-captioned case hereby objects to the Debtor's Schedule C as to the Personal Injury Claim of the Debtor-Wife and in support thereof, respectfully represents as follows:

1. An asset of this Chapter 7 estate is a Personal Injury lawsuit as further set forth in the Debtor-wife's original Schedule B which was filed in this case.

2. The Debtor-wife's Schedule C seeks to exempt said "Personal Injury Lawsuit" pursuant to "11 USC 522(d)(11)(D)" in the amount of "$22,975.00".

3. The Trustee objects to any exemption claimed by the Debtor-wife pursuant to 11 USC 522(d)(11)(D) that is other than on account of personal bodily injury. The Trustee objects to any exemption of the Debtor-wife pursuant to 11 USC 522(d)(11)(D) that is claimed for pain and suffering or compensation for actual pecuniary loss of the Debtor-wife or a dependent of the Debtor-wife or on any other basis or claim other than on account of personal bodily injury.

WHEREFORE, the Trustee requests that the Court sustain the Trustee's objection to Debtor-wife's Schedule C as to the Debtor-wife's "Personal Injury Lawsuit" in regard to any of the sum of $22,975.00 taken pursuant to 11 USC 522(d)(11)(D) for any and all claims other than actual personal bodily injury and that the Trustee have such further relief as the Court deems proper and just.

                CHAPTER 7 TRUSTEE

                By */s/ Anthony S. Novak*
                   Anthony S. Novak
                   Fed. Bar #ct09074
                   280 Adams Street
                   Manchester, CT 06052-1975
                   (860)432-7710

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF CONNECTICUT

IN RE                              :
                                   :    CHAPTER 7
LOUIS AND LINDA PELLETIER          :    CASE NO. 14-20632(asd)
                                   :
DEBTOR                             :    RE: DOC ID #____
```

### PROPOSED ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR-WIFE'S SCHEDULE C AS TO PERSONAL INJURY LAWSUIT

Upon the foregoing Trustee's Objections to Debtor-wife's Claim of Exemptions as to Personal Injury Lawsuit having been filed and heard by the Court and it appearing that the Trustee's objections are proper, it is hereby

ORDERED that the Trustee's Objections to Debtor-wife's Claims of Exemptions in the amount of $22,975.00 is hereby sustained as to all amounts claimed pursuant to 11 USC 522(d)(11)(D) that is not compensation for actual personal bodily injury.