```
                  UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF CONNECTICUT

IN RE                           :
                                :     CHAPTER 7
LOUIS G. PELLETIER and          :     CASE NO. 14-20632(amn)
LINDA D. PELLETIER              :
                                :
DEBTORS                         :     December 1, 2015
```

### TRUSTEE'S OBJECTION TO DEBTOR-WIFE'S AMENDED EXEMPTION AS TO PERSONAL INJURY CLAIM

TO THE HONORABLE ANN M. NEVINS, U.S. BANKRUPTCY JUDGE:

Anthony S. Novak, Chapter 7 Trustee in the above-captioned case hereby objects to the Debtor-Wife's Amended exemption in a certain Personal Injury Claim of the Debtor-Wife and in support thereof, respectfully represents as follows:

1. On April 1, 2014, the Debtors filed a Chapter 7 petition. An asset of the bankruptcy estate pursuant to the schedules is the Debtor-Wife's interest in a "Personal Injury Claim".

2. The Debtors filed an amended Schedule C on November 30, 2015 (Doc ID #52) and pursuant to Bankruptcy Rules 4003(b) and 9006(a), the Trustee has until December 30, 2015 to object to the amended exemptions claimed by the Debtors.

3. The Debtors' Amended Schedule C seeks to exempt the Debtor-Wife's interest in a "Personal Injury Claim" pursuant to 11 USC §522(d)(11)(D) in the amount of $22,975.00.

4. The Trustee objects to any exemption claimed by the Debtor-Wife pursuant to 11 USC §522(d)(11)(D) that is other than on account of personal bodily injury.  The Trustee objects to any exemption of the Debtor-Wife pursuant to 11 USC §522(d)(11)(D) that is claimed for pain and suffering or compensation for actual pecuniary loss of the Debtor-Wife or a dependent of the Debtor-Wife or on any other basis or claim other than on account of personal bodily injury.

WHEREFORE, the Trustee requests that the Court sustain the Trustee's objection to Debtor-Wife's Amended Schedule C as to the Debtor-Wife's interest in a "Personal Injury Claim" in regard to any of the sum of $22,975.00 taken pursuant to 11 USC §522(d)(11)(D) for any and all claims other than actual personal bodily injury and that the Trustee have such further relief as the Court deems proper and just.

        CHAPTER 7 TRUSTEE

        By */s/ Anthony S. Novak*
           Anthony S. Novak
           Fed. Bar #ct09074
           280 Adams Street
           Manchester, CT 06052-1975
           (860)432-7710

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | |
| | : | CHAPTER 7 |
| LOUIS G. PELLETIER and | : | CASE NO. 14-20632(amn) |
| LINDA D. PELLETIER | : | |
| | : | |
| DEBTORS | : | |

## PROPOSED ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR-WIFE'S AMENDED EXEMPTION AS TO PERSONAL INJURY CLAIM

Upon the foregoing Trustee's Objections to Debtor-Wife's Amended Claim of Exemptions as to Personal Injury Claim (Doc ID #___) having been filed and heard by the Court and it appearing that the Trustee's objections are proper, it is hereby

ORDERED that the Trustee's Objections to Debtor-Wife's Amended Claim of Exemption in the amount of $22,975.00 is hereby sustained as to all amounts claimed pursuant to 11 USC §522(d)(11)(D) that is not compensation for actual personal bodily injury.