**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: PELLETIER, LOUIS G.<br>    PELLETIER, LINDA D.<br><br>Debtor(s) | § Case No. 14-20632<br>§<br>§<br>§ |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 01, 2014.  The undersigned trustee was appointed on April 01, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         90,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 17,000.00 |
| Administrative expenses | 28,310.50 |
| Bank service fees | 1,056.37 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 17,975.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 25,658.13 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/28/2014 and the deadline for filing governmental claims was 09/28/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,851.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $5,452.50 as interim compensation and now requests the sum of $1,398.75, for a total compensation of $6,851.25.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $96.87 and now requests reimbursement for expenses of $9.00, for total expenses of $105.87.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/13/2020     By: /s/ANTHONY S. NOVAK-Chapter 7 Trustee
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-20632  
**Case Name:** PELLETIER, LOUIS G.  
PELLETIER, LINDA D.  
**Period Ending:** 10/13/20

**Trustee:** (270060) ANTHONY S. NOVAK-Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/01/14 (f)  
**§341(a) Meeting Date:** 04/28/14  
**Claims Bar Date:** 07/28/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 31 Birch Hill Drive, West Hartford, CT | 480,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America Checking | 4,498.19 | 0.00 | | 0.00 | FA |
| 4 | Household Goods and Furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding and Engagement Ring and Misc. Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Financial Strategies of CT, LLC (Inactive ) | 1.00 | 0.00 | | 0.00 | FA |
| 8 | Personal Injury Claim (Debtor Wife)<br>$17,975 per order approving stipulation dated 4/5/16 | 34,740.00 | 47,025.00 | | 65,000.00 | FA |
| 9 | 1997 Honda Civic (160,000 miles) | 1,046.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Accura(92,000 miles) | 18,590.00 | 0.00 | | 0.00 | FA |
| 11 | 2013 State/Federal tax refunds  (u) | Unknown | 0.00 | | 0.00 | FA |
| 12 | Justice for Justina /Lawsuit pending  (u)<br>in Massachusetts Courts (J) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 12 | **Assets**   Totals (Excluding unknown values) | **$569,995.19** | **$72,025.00** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/05/20: Rec'd $25,000. Ready for Final TFR after check clears

08/31/20: Approval hearing scheduled for 9/1/10.  Awaiting results.

Objection to claims filed by debtors' counsel pending.

02/01/20: Trial is in process in Massachusetts Courts, No settlement offers.

02/21/19: Email special counsel re: status update

02/07/19: Lawsuit against Mass Hospital still pending.

06/21/18: Per UST, efiled Interim Trustee's Application for compensation and expenses (granted 8/14/18)

04/20/18 Per Special Counsel, trial scheduled for January 2020. No settlement offer made to date

03/07/18: Request for update on Justice for Justina

10/31/17: Justice for Justina still in discovery per special counsel for lawsuit pending in Massachusetts.

06/22/17: Email to special counsel re: Justice for Justina re: status

06/22/17: Interim TFR sent to UST. Trustee to hold off on commmission at this time.

06/20/17: Interim TFR to be filed as PI of debtor-wife completed and funds received.  Joint debtors' claim v. Mass. Hospital still in discovery stages.  Trustee to only pay debtor-wife and joint debts in interim TFR

03/20/17: Per special counsel, discovery is ongoing and should be completed by Spring of 2017 re: claim against Mass. Hospital re: daughter

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-20632  
**Case Name:** PELLETIER, LOUIS G.  
PELLETIER, LINDA D.  
**Period Ending:** 10/13/20

**Trustee:** (270060)    ANTHONY S. NOVAK-Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/01/14 (f)  
**§341(a) Meeting Date:** 04/28/14  
**Claims Bar Date:** 07/28/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

04/05/16: Order approving stipulation of settlement re: trustee's objection to exemption and debtor's motion to pay granted  
03/17/16: Received copy of lawsuit brought in Massachusetts Court by Special Counsel Martin against Massachusetts hospitals for wrongul treatment of daughter Justina.  
03/09/16: Record Notice of Bankruptcy on West Hartford land records  
02/11/16: Efile Final Fee App of Atty. Sack (granted 3/15/16)  
02/10/16: Efile Final Motion to Compromise UIM for $15000 (granted 3/15/16)_  
1/13/16: Complaint filed against underinsured motorist insurance (Progressive)  
11/05/15: Efile App to Appt Atty. Martin as special counsel re: Justice for Justina (granted 12/11/15  
09/08/15: Efiled Motion to Compromise PI matter and PI attorney fee app (granted 10/20/15)  
06/26/15: Request status update from special counsel  
2/18/14: Complaint f iled in Superior Court  
06/18/14: Amendment filed correcting amount of bank account.  
05/29/14: Email to debtors' atty re: amount in bank accts  
05/05/14: Efile app to appt Atty. Sack as special counsel  re: PI of debtor-wife (granted 6/4/14)  
05/02/14: Efile Objection to exemption of PI re: pain and suffering (marked off per agmt)  
05/01/14: Letters to IRS/DRS re: 2013 tax returns  
05/01/14: Prepare and forward Application to Appt Gerald Sack as special counsel re: PI (Value $50,000)  
04/28/14: Email to Atty. Gerald Sack re: value of PI case (wife)  
04/28/14: Email to debtors' attorney re: request for 2013 fed/state tax returns

**Initial Projected Date Of Final Report (TFR):**    April 28, 2015    **Current Projected Date Of Final Report (TFR):**    October 7, 2020  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-20632  
**Case Name:** PELLETIER, LOUIS G.  
PELLETIER, LINDA D.  
**Taxpayer ID #:** **-***1774  
**Period Ending:** 10/13/20

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Mechanics Bank  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $22,541,020.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/16/15 | {8} | ALLSTATE | PI Settlement (Wife) | 1142-000 | 50,000.00 | | 50,000.00 |
| 10/29/15 | 101 | LAW OFFICES OF GERALD S. SACK, LLC | Per court order allowing fees/expenses dated 10/20/15 | | | 17,259.80 | 32,740.20 |
| | | | Per court order allowing 16,666.67 fees dated 10/20/15 | 3210-600 | | | 32,740.20 |
| | | | Per court order allowing 593.13 expenses dated 10/20/15 | 3220-610 | | | 32,740.20 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.36 | 32,713.84 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.62 | 32,664.22 |
| 12/03/15 | 102 | ANTHONY S. NOVAK, ESQ. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2015 FOR CASE #14-20632, Bond #016027937 | 2300-000 | | 13.62 | 32,650.60 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.66 | 32,598.94 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.20 | 32,553.74 |
| 03/01/16 | {8} | PROGRESSIVE | UIM PI Settlement | 1142-000 | 15,000.00 | | 47,553.74 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.13 | 47,508.61 |
| 03/28/16 | 103 | LAW OFFICES OF GERALD S. SACK, LLC | Per court order allowing fees/expenses dated 3/15/16 | | | 5,476.40 | 42,032.21 |
| | | | Per court order allowing 5,000.00 fees dated 3/15/16 | 3210-600 | | | 42,032.21 |
| | | | Per court order allowing 476.40 expenses dated 3/15/16 | 3220-610 | | | 42,032.21 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.09 | 41,960.12 |
| 04/11/16 | 104 | LINDA D. PELLETIER | Per court order allowing exemption dated 4/5/16 | 8100-002 | | 17,975.00 | 23,985.12 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.42 | 23,940.70 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.19 | 23,907.51 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.72 | 23,869.79 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.09 | 23,836.70 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.61 | 23,799.09 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.13 | 23,764.96 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.95 | 23,732.01 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.31 | 23,695.70 |
| 12/02/16 | 105 | ANTHONY S. NOVAK, ESQ. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2016 FOR CASE #14-20632, Bond #016027937 | 2300-000 | | 7.98 | 23,687.72 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.98 | 23,653.74 |

Subtotals :  $65,000.00   $41,346.26

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 14-20632 | **Trustee:** | ANTHONY S. NOVAK-Chapter 7 Trustee (270060) |
| **Case Name:** PELLETIER, LOUIS G. | **Bank Name:** | Mechanics Bank |
| PELLETIER, LINDA D. | **Account:** | ******7366 - Checking Account |
| **Taxpayer ID #:** **-***1774 | **Blanket Bond:** | $22,541,020.00   (per case limit) |
| **Period Ending:** 10/13/20 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.28 | 23,617.46 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.70 | 23,585.76 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.05 | 23,550.71 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.61 | 23,519.10 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.21 | 23,481.89 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.77 | 23,448.12 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.60 | 23,415.52 |
| 08/25/17 | 106 | State of CT, Dept of Administrative Sves | Dividend paid 100.00% on $3,498.73; Claim# 23; Filed: $3,498.73; Reference: | 4210-000 | | 3,498.73 | 19,916.79 |
| 08/25/17 | 107 | Discover Bank | Dividend paid 45.05% on $16,637.98; Claim# 2; Filed: $16,637.98; Reference: #2032 | 7100-000 | | 7,495.96 | 12,420.83 |
| 08/25/17 | 108 | InSolve Recovery LLC c/o Capital Recovery Grp LLC | Dividend paid 45.05% on $778.69; Claim# 5; Filed: $778.69; Reference: #6809 | 7100-000 | | 350.84 | 12,069.99 |
| 08/25/17 | 109 | InSolve Recovery LLC c/o Capital Recovery Grp LLC | Dividend paid 45.05% on $2,041.68; Claim# 6; Filed: $2,041.68; Reference: #6374 | 7100-000 | | 919.84 | 11,150.15 |
| 08/25/17 | 110 | CT Valley Chiropractic | Dividend paid 45.05% on $753.00; Claim# 7; Filed: $753.00; Reference: #1061 | 7100-000 | | 339.25 | 10,810.90 |
| 08/25/17 | 111 | Atlas Acquisitions LLC | Dividend paid 45.05% on $702.93; Claim# 8; Filed: $702.93; Reference: #8456 | 7100-000 | | 316.69 | 10,494.21 |
| 08/25/17 | 112 | Atlas Acquisitions LLC | Dividend paid 45.05% on $934.68; Claim# 9; Filed: $934.68; Reference: #6809 | 7100-000 | | 421.10 | 10,073.11 |
| 08/25/17 | 113 | Atlas Acquisitions LLC | Dividend paid 45.05% on $610.33; Claim# 10; Filed: $610.33; Reference: #9408 | 7100-000 | | 274.97 | 9,798.14 |
| 08/25/17 | 114 | Atlas Acquisitions LLC | Dividend paid 45.05% on $2,359.93; Claim# 11; Filed: $2,359.93; Reference: #6374 | 7100-000 | | 1,063.22 | 8,734.92 |
| 08/25/17 | 115 | Atlas Acquisitions LLC | Dividend paid 45.05% on $699.60; Claim# 13; Filed: $699.60; Reference: #6621 | 7100-000 | | 315.19 | 8,419.73 |
| 08/25/17 | 116 | American InfoSource LP as agent for | Dividend paid 45.05% on $4,233.84; Claim# 20; Filed: $4,233.84; Reference: #7930 | 7100-000 | | 1,907.48 | 6,512.25 |
| 08/25/17 | 117 | LVNV Funding, LLC i | Dividend paid 45.05% on $214.71; Claim# 22; Filed: $214.71; Reference: #0670 | 7100-000 | | 96.73 | 6,415.52 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.04 | 6,378.48 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.64 | 6,365.84 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,355.84 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,345.84 |
| 12/04/17 | 118 | ANTHONY S. NOVAK, ESQ. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2017 FOR CASE #14-20632, Bond #016027937 | 2300-000 | | 3.03 | 6,342.81 |

Subtotals :          $0.00          $17,310.93

{} Asset reference(s)                                                                                                           Printed: 10/13/2020 04:05 PM    V.20.24

Exhibit B

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 14-20632  
**Case Name:** PELLETIER, LOUIS G.  
PELLETIER, LINDA D.  
**Taxpayer ID #:** **-***1774  
**Period Ending:** 10/13/20

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Mechanics Bank  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $22,541,020.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,332.81 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.01 | 6,322.80 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,312.80 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,302.80 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,292.80 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,282.80 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,272.80 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,262.80 |
| 08/23/18 | 119 | ANTHONY S. NOVAK, Chapter 7 Trustee | Per Court Order allowing compensation and expenses dated 8/14/18 | | | 5,549.37 | 713.43 |
| | | | Per court order allowing compensation dated 8/14/18    5,452.50 | 2100-000 | | | 713.43 |
| | | | Per court order granting expenses dated 8/14/18    96.87 | 2200-000 | | | 713.43 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 703.43 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 698.43 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 693.43 |
| 12/03/18 | 120 | ANTHONY S. NOVAK, ESQ. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2018 FOR CASE #14-20632, Bond #016027937 | 2300-000 | | 0.07 | 693.36 |
| 06/19/19 | | Transition Transfer Debit | | 9999-000 | | 693.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 65,000.00 | 65,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 693.36 | |
| | | | **Subtotal** | | 65,000.00 | 64,306.64 | |
| | | | Less: Payments to Debtors | | | 17,975.00 | |
| | | | **NET Receipts / Disbursements** | | **$65,000.00** | **$46,331.64** | |

{} Asset reference(s)

Printed: 10/13/2020 04:05 PM    V.20.24

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 14-20632  
**Case Name:** PELLETIER, LOUIS G.  
PELLETIER, LINDA D.  
**Taxpayer ID #:** **-***1774  
**Period Ending:** 10/13/20

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Mechanics Bank  
**Account:** ******7367 - Checking Account  
**Blanket Bond:** $22,541,020.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/13/2020 04:05 PM  V.20.24

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 14-20632 | | **Trustee:** | ANTHONY S. NOVAK-Chapter 7 Trustee (270060) |
|---|---|---|---|---|
| **Case Name:** | PELLETIER, LOUIS G. | | **Bank Name:** | People's United Bank |
| | PELLETIER, LINDA D. | | **Account:** | ********2997 - Checking Account |
| **Taxpayer ID #:** | **-***1774 | | **Blanket Bond:** | $22,541,020.00  (per case limit) |
| **Period Ending:** | 10/13/20 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/19/19 | | Transfer from 0061 to 2997 | Transfer from 0061 to 2997 | 9999-000 | 693.36 | | 693.36 |
| 12/04/19 | 10121 | ANTHONY S. NOVAK, ESQ. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2019 FOR CASE #14-20632, Bond #016027937 | 2300-000 | | 0.23 | 693.13 |
| 03/31/20 | | United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 688.13 |
| 04/01/20 | | To Account #******2997 | Transfer of funds due to partner bank servicer transition | 9999-000 | | 688.13 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 693.36 | 693.36 | **$0.00** |
| | | | Less: Bank Transfers | | 693.36 | 688.13 | |
| | | | **Subtotal** | | **0.00** | **5.23** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5.23** | |

{} Asset reference(s)

Printed: 10/13/2020 04:05 PM    V.20.24

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 14-20632 | | Trustee: | ANTHONY S. NOVAK-Chapter 7 Trustee (270060) |
|---|---|---|---|---|
| Case Name: | PELLETIER, LOUIS G. | | Bank Name: | People's United Bank |
| | PELLETIER, LINDA D. | | Account: | ******2997 - Checking Account |
| Taxpayer ID #: | **-***1774 | | Blanket Bond: | $22,541,020.00  (per case limit) |
| Period Ending: | 10/13/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/01/20 | | From Account # xxxxxxxx2997 | Acquisition transfer in - Bank servicer or platform transition | 9999-000 | 688.13 | | 688.13 |
| 04/30/20 | | United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 683.13 |
| 05/29/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 678.13 |
| 06/30/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 673.13 |
| 07/31/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 668.13 |
| 08/31/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 663.13 |
| 09/30/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 658.13 |
| 10/05/20 | {12} | KLC LAW FIRM, LLC | Justice for Justina settlement | 1249-000 | 25,000.00 | | 25,658.13 |
| | | | ACCOUNT TOTALS | | 25,688.13 | 30.00 | $25,658.13 |
| | | | Less: Bank Transfers | | 688.13 | 0.00 | |
| | | | Subtotal | | 25,000.00 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,000.00 | $30.00 | |

| | | |
|---|---|---|
| Net Receipts : | | 90,000.00 |
| Less Payments to Debtor : | | 17,975.00 |
| Net Estate : | | $72,025.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7366 | 65,000.00 | 46,331.64 | 0.00 |
| Checking # ******7367 | 0.00 | 0.00 | 0.00 |
| Checking # ********2997 | 0.00 | 5.23 | 0.00 |
| Checking # ******2997 | 25,000.00 | 30.00 | 25,658.13 |
| | $90,000.00 | $46,366.87 | $25,658.13 |

{} Asset reference(s)

Printed: 10/13/2020 04:05 PM    V.20.24

# Court Claims Register

Case: 14-20632    PELLETIER, LOUIS G.

Claims Bar Date: 07/28/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | Open MRI of Middletown<br>c/o Nathanson Cirpiano<br>& Gambardella, PC,PO Box 5516<br>Hamden, CT 06518<br><br><4300-00   Internal Revenue Service Tax Liens (pre-petition)>,  100 | Secured<br>05/23/14 | #07037720<br><br>JUDGMENT LIEN - Trustee does not pay secured claims<br>JOINT | $649.14<br>$0.00 | $0.00 | $0.00 |
| 16 | People's United Bank<br>P.O. Box 820<br><br>Burlington, VT 05402<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>06/04/14 | <br><br>Trustee does not pay secured claims | $231,676.11<br>$0.00 | $0.00 | $0.00 |
| 17 | House Everything Investment Partners, LLC<br>159 Burnside Avenue<br><br>East Hartford, CT 06108<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>06/16/14 | <br><br>Trustee does not pay secured claims | $26,875.00<br>$0.00 | $0.00 | $0.00 |
| 23 | State of CT, Dept of Administrative Sves<br>c/o Rich Affinito, Reimbursement Analyst<br>165  Capital Avenue<br>Hartford, CT 06106<br><br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>11/23/15 | <br><br>Statutory Lien pursuant to C.G.S. Sec. 17b-265 on PI Proceeds (all Husky medical payments made re: PI incurred pre-petition)<br>WIFE | $3,498.73<br>$3,498.73 | $3,498.73 | $0.00 |
| EXEMP | LINDA D. PELLETIER<br>31 BIRCH HILL DRIVE<br><br>WEST HARTFORD, CT 06107<br><br><8100-00   Exemptions>,  100 | Secured<br>04/01/14 | <br><br>Per court order approving stipulation of settlement dated 4/5/16 (Doc ID #92) | $17,975.00<br>$17,975.00 | $17,975.00 | $0.00 |
| 3P-2 | Internal Revenue Service<br>P.O. Box 7346<br><br>Philadelphia, PA 19101-7346<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>05/06/14 | <br><br>Paid in full per tax verification letter dated 1/18/17 and amended POC | $9,363.35<br>$0.00 | $0.00 | $0.00 |
| 1 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br><br>Valhalla, NY 10595<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/30/14 | #1088<br><br>CLAIM DISALLOWED (4/29/20) | $7,116.48 *<br>$0.00 | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

# Court Claims Register

**Case: 14-20632**  **PELLETIER, LOUIS G.**

Claims Bar Date: 07/28/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/02/14 | #2032<br><br>#2032<br>JOINT | $16,637.98<br>$16,637.98 | $7,495.96 | $9,142.02 |
| 3U-2 | Internal Revenue Service<br>P.O. Box 7346<br><br><br>Philadelphia, PA 19101-7346<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/06/14 | $1,513.72<br>$0.00<br>Paid in full per tax vertification letter dated 1/18/17 and Amended POC | | $0.00 | $0.00 |
| 4 | InSolve Recovery LLC c/o Capital Recovery Grp LLC<br>Dept 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/09/14 | #0028<br><br>#0028<br>HUSBAND | $1,002.27<br>$1,002.27 | $0.00 | $1,002.27 |
| 5 | InSolve Recovery LLC c/o Capital Recovery Grp LLC<br>Dept 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/09/14 | #6809<br><br>#6809<br>WIFE | $778.69<br>$778.69 | $350.84 | $427.85 |
| 6 | InSolve Recovery LLC c/o Capital Recovery Grp LLC<br>Dept 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/09/14 | #6374<br><br>#6374<br>WIFE | $2,041.68<br>$2,041.68 | $919.84 | $1,121.84 |
| 7 | CT Valley Chiropractic<br>c/o Tolisano & Danforth LLC<br>PO Box 676,18 Main Street<br>Ellington, CT 06029<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/12/14 | #1061<br><br>#1061<br>WIFE<br>BALANCE OF CLAIM DISALLOWED dated 4/29/20 | $753.00<br>$339.25 | $339.25 | $0.00 |
| 8 | Atlas Acquisitions LLC<br>294 Union St.<br><br>Hackensack, NJ 07601<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/13/14 | #8456<br><br>#8456<br>WIFE | $702.93<br>$702.93 | $316.69 | $386.24 |

# Court Claims Register

**Case: 14-20632**  **PELLETIER, LOUIS G.**

Claims Bar Date: 07/28/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Atlas Acquisitions LLC<br>294 Union St.<br><br>Hackensack, NJ 07601<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/13/14 | #6809<br><br>#6809<br>WIFE | $934.68<br>$934.68 | $421.10 | $513.58 |
| 10 | Atlas Acquisitions LLC<br>294 Union St.<br><br>Hackensack, NJ 07601<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/13/14 | #9408<br><br>#9408<br>WIFE | $610.33<br>$610.33 | $274.97 | $335.36 |
| 11 | Atlas Acquisitions LLC<br>294 Union St.<br><br>Hackensack, NJ 07601<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/13/14 | #6374<br><br>#6374<br>WIFE | $2,359.93<br>$2,359.93 | $1,063.22 | $1,296.71 |
| 12 | Atlas Acquisitions LLC<br>294 Union St.<br><br>Hackensack, NJ 07601<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/13/14 | #0028<br><br>#0028<br>HUSBAND | $1,041.20<br>$1,041.20 | $0.00 | $1,041.20 |
| 13 | Atlas Acquisitions LLC<br>294 Union St.<br><br>Hackensack, NJ 07601<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/13/14 | #6621<br><br>#6621<br>WIFE | $699.60<br>$699.60 | $315.19 | $384.41 |
| 14 | Connecticut Light and Power<br>Northeast Utilities<br>Credit and Collections,P.O. Box 2899<br>Hartford, CT 06101-8307<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/21/14 | 6039,2073<br><br>CLAIM DISALLOWED 4/29/20 | $23,505.21 *<br>$0.00 | $0.00 | $0.00 |
| 18 | Midland Credit Management, Inc<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/23/14 | #2224<br><br>CLAIM DISALLOWED (4/29/20) | $14,407.25 *<br>$0.00 | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

# Court Claims Register

## Case: 14-20632     PELLETIER, LOUIS G.

Claims Bar Date: 07/28/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 | Midland Credit Management, Inc<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/24/14 | #3131<br><br>#3131<br>HUSBAND | $2,543.76<br>$2,543.76 | $0.00 | $2,543.76 |
| 20 | American InfoSource LP as agent for<br>American Honda Finance<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/01/14 | #7930<br><br>DEFICIENCY #7930<br>JOINT | $4,233.84<br>$4,233.84 | $1,907.48 | $2,326.36 |
| 21 | LVNV Funding, LLC<br>Succ/Assigns of  FNBM, LLC<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/22/14 | #1165<br><br>#1165<br>HUSBAND | $290.57<br>$290.57 | $0.00 | $290.57 |
| 22 | LVNV Funding, LLC i<br>Succs/Assigns of  FNBM, LLC<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/22/14 | #0670<br><br>#0670<br>WIFE | $214.71<br>$214.71 | $96.73 | $117.98 |
| 2I | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>05/02/14 | #2032 | $3,625.05<br>$3,625.05 | $0.00 | $3,625.05 |
| 4I | InSolve Recovery LLC c/o Capital<br>Recovery Grp LLC<br>Dept 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>05/09/14 | #0028 | $218.37<br>$218.37 | $0.00 | $218.37 |
| 5I | InSolve Recovery LLC c/o Capital<br>Recovery Grp LLC<br>Dept 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>05/09/14 | #6809 | $169.66<br>$169.66 | $0.00 | $169.66 |

# Court Claims Register

**Case: 14-20632**     **PELLETIER, LOUIS G.**

Claims Bar Date: 07/28/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6I | InSolve Recovery LLC c/o Capital Recovery Grp LLC<br>Dept 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/09/14 | #6374 | $444.84<br>$444.84 | $0.00 | $444.84 |
| 7I | CT Valley Chiropractic<br>c/o Tolisano & Danforth LLC<br>PO Box 676,18 Main Street<br>Ellington, CT 06029<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/12/14 | #1061 | $73.92<br>$73.92 | $0.00 | $73.92 |
| 8I | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/13/14 | #8456 | $153.15<br>$153.15 | $0.00 | $153.15 |
| 9I | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/13/14 | #6809 | $203.65<br>$203.65 | $0.00 | $203.65 |
| 10I | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/13/14 | #9408 | $132.98<br>$132.98 | $0.00 | $132.98 |
| 11I | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/13/14 | #6374 | $514.18<br>$514.18 | $0.00 | $514.18 |
| 12I | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/13/14 | #0028 | $226.85<br>$226.85 | $0.00 | $226.85 |
| 13I | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/13/14 | #6621 | $152.43<br>$152.43 | $0.00 | $152.43 |
| 19I | Midland Credit Management, Inc as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>06/24/14 | #3131 | $554.23<br>$554.23 | $0.00 | $554.23 |

# Court Claims Register

**Case:** 14-20632      **PELLETIER, LOUIS G.**

Claims Bar Date: 07/28/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20I | American InfoSource LP as agent for American Honda Finance<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>07/01/14 | #7930 | $922.46<br>$922.46 | $0.00 | $922.46 |
| 21I | LVNV Funding, LLC<br>Succ/Assigns of FNBM, LLC<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>07/22/14 | #1165 | $63.31<br>$63.31 | $0.00 | $63.31 |
| 22I | LVNV Funding, LLC i<br>Succs/Assigns of FNBM, LLC<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>07/22/14 | #0670 | $46.78<br>$46.78 | $0.00 | $46.78 |

**Case Total:** $34,975.00   $28,432.01

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-20632
Case Name: PELLETIER, LOUIS G.
Trustee Name: ANTHONY S. NOVAK-Chapter 7 Trustee

**Balance on hand:** $ 25,658.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | Open MRI of Middletown | 649.14 | 0.00 | 0.00 | 0.00 |
| 16 | People's United Bank | 231,676.11 | 0.00 | 0.00 | 0.00 |
| 17 | House Everything Investment Partners, LLC | 26,875.00 | 0.00 | 0.00 | 0.00 |
| 23 | State of CT, Dept of Administrative Sves | 3,498.73 | 3,498.73 | 3,498.73 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 25,658.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ANTHONY S. NOVAK-Chapter 7 Trustee | 6,851.25 | 5,452.50 | 1,398.75 |
| Trustee, Expenses - ANTHONY S. NOVAK-Chapter 7 Trustee | 105.87 | 96.87 | 9.00 |
| Other Fees: LAW OFFICES OF GERALD S. SACK, LLC | 21,666.67 | 21,666.67 | 0.00 |
| Other Expenses: LAW OFFICES OF GERALD S. SACK, LLC | 1,069.53 | 1,069.53 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 1,407.75
Remaining balance: $ 24,250.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 24,250.38

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 24,250.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,431.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 16,637.98 | 7,495.96 | 9,142.02 |
| 4 | InSolve Recovery LLC c/o Capital Recovery Grp LLC | 1,002.27 | 0.00 | 1,002.27 |
| 5 | InSolve Recovery LLC c/o Capital Recovery Grp LLC | 778.69 | 350.84 | 427.85 |
| 6 | InSolve Recovery LLC c/o Capital Recovery Grp LLC | 2,041.68 | 919.84 | 1,121.84 |
| 7 | CT Valley Chiropractic | 339.25 | 339.25 | 0.00 |
| 8 | Atlas Acquisitions LLC | 702.93 | 316.69 | 386.24 |
| 9 | Atlas Acquisitions LLC | 934.68 | 421.10 | 513.58 |
| 10 | Atlas Acquisitions LLC | 610.33 | 274.97 | 335.36 |
| 11 | Atlas Acquisitions LLC | 2,359.93 | 1,063.22 | 1,296.71 |
| 12 | Atlas Acquisitions LLC | 1,041.20 | 0.00 | 1,041.20 |
| 13 | Atlas Acquisitions LLC | 699.60 | 315.19 | 384.41 |
| 19 | Midland Credit Management, Inc | 2,543.76 | 0.00 | 2,543.76 |
| 20 | American InfoSource LP as agent for | 4,233.84 | 1,907.48 | 2,326.36 |
| 21 | LVNV Funding, LLC | 290.57 | 0.00 | 290.57 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | LVNV Funding, LLC i | 214.71 | 96.73 | 117.98 |
| | Total to be paid for timely general unsecured claims: | | $ | 20,930.15 |
| | Remaining balance: | | $ | 3,320.23 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 3,320.23 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |
| | Total to be paid for subordinated claims: | $ | | 0.00 |
| | Remaining balance: | | $ | 3,320.23 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 3.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $3,320.23. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

**UST Form 101-7-TFR (05/1/2011)**